# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.

05 MAY 10 PM 3: 31

ROBERT ~~R. DITROLIO~~
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| OZARK MOTOR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAISER FOUNDATION HEALTH PLAN, INC., <br><br> Defendant. | NO. 05-2211-BP |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

Upon consideration of the Plaintiff's Motion to Amend Complaint and the entire record in this case, the Court finds that pursuant to Federal Rule of Civil Procedure 15(a) leave to amend a pleading shall be freely given when justice so requires.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Amend Complaint is Granted, this 9 day May, 2005.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-11-05


EXHIBIT 3

10

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02211 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James R. Omer
JAMES R. OMER & ASSOCIATES
101 Church St.
Ste. 400
Nashville, TN 37201

John D. Kolb
SHARPS & ASSOCIATES, PSC
1930 Bishop Lane
Ste. 1600
Louisville, KY 40218

Honorable J. Breen
US DISTRICT COURT